IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COREDARIUS QUINTE DOUGLAS (#82306), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:17-CV-2236-M |
| HIGHLAND PARK DEPARTMENT OF PUBLIC SAFETY, ET AL., | § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 20th day of November, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE